UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | | |
|---|---|---|
| LEONE DE CASTRIS, | : | |
| Plaintiff, | : | 1:08-CV-02481 (NRB) |
| v. | : | Electronically Filed |
| A.V. IMPORTS, INC., | : | **NOTICE OF APPEARANCE** |
| Defendant. | : | |

---

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

**PLEASE TAKE NOTICE** that Michael C. Hartmere of Venable LLP, 1270 Avenue of the Americas, 25th Floor, New York, New York 10020, hereby appears in this action as counsel of record on behalf of Defendant A.V. Imports, Inc.

I certify that I am admitted to practice in this Court. I was admitted to practice in the United States District Court, Southern District of New York, on January 13, 2005.

Dated: New York, New York
      May 20, 2008

                                                                      /s/ Michael C. Hartmere
                                            Michael C. Hartmere (MH-6839)
                                            VENABLE LLP
                                            Rockefeller Center
                                            1270 Avenue of the Americas, 25th Floor
                                            New York, NY 10020
                                            Telephone (212) 307-5500
                                            Facsimile (212) 307-5598

                                            *Counsel for Defendant A.V. Imports, Inc.*

## CERTIFICATE OF SERVICE

I, Michael Hartmere, hereby certify that on the 20th day of May, 2008, I caused a true and correct copy of the foregoing Notice of Appearance to be filed through the CM/ECF system, which caused service to be made electronically upon the following:

Michael D. Baer, Esq.
Stueben & Baer
1120 Avenue of the Americas
New York, NY  10036
(212) 307-1720

*Attorneys for Plaintiff*

_____
Michael C. Hartmere