UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEONE DE CASTRIS, : | |
| Plaintiff, : | 1:08-CV-02481 (NRB) |
| v. : | |
| : | Electronically Filed |
| A.V. IMPORTS, INC., : | |
| Defendant. : | |

### DEFENDANT A.V. IMPORTS, INC.'s RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable the Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Defendant A.V. Imports, Inc. ("AVI"), a non-governmental corporate entity, certifies as follows:

AVI is a privately owned company. AVI does not have a parent company and no publicly owned company owns 10% or more of AVI's stock.

Dated: New York, New York
      May 20, 2008

                                        /s/ Michael C. Hartmere
                                        Michael C. Hartmere (MH-6839)
                                        VENABLE LLP
                                        Rockefeller Center
                                        1270 Avenue of the Americas, 25th Floor
                                        New York, NY  10020
                                        Telephone (212) 307-5500
                                        Facsimile (212) 307-5598

                                        OF COUNSEL:

                                        Christopher R. Mellott
                                        Alex J. Brown
                                        Venable LLP
                                        2 Hopkins Plaza, Suite 1800
                                        Baltimore, Maryland  21201
                                        (410) 244-7400 (telephone)
                                        (410) 244-7742 (facsimile)

                                        *Counsel for Defendant A.V. Imports, Inc.*

## CERTIFICATE OF SERVICE

I, Michael Hartmere, hereby certify that on the 20th day of May, 2008, I caused a true and correct copy of the foregoing Rule 7.1 Corporate Disclosure Statement to be filed through the CM/ECF system, which caused service to be made electronically upon the following:

Michael D. Baer, Esq.
Stueben & Baer
1120 Avenue of the Americas
New York, NY  10036
(212) 307-1720

*Attorneys for Plaintiff*

                                             _____
                                                      Michael C. Hartmere