

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

LEONE DE CASTRIS,

                      Plaintiff          :        1:08-CV-02481 (NRB)

         v.                 :
                                      :        Electronically Filed

A.V. IMPORTS, INC.,           :

                    Defendant.   :
_____

### CONSENT ORDER

Plaintiff Leone de Castris ("Leone") and Defendant A.V. Imports, Inc. ("AVI"), by and through their undersigned counsel, stipulate to the following extension of time within which Defendant AVI may answer or otherwise respond to the initial complaint filed in this action:

1.     On or about March 11, 2008, Leone filed the above-captioned action against Defendant AVI.

2.     On or about April 21, 2008, the parties confirmed their agreement that Plaintiff would not attempt service of the complaint and summons in the above-captioned action pending the parties' attempt to agree to the terms for a mediation of this case.

3.     On or about May 14, 2008, the parties reached agreement to submit this matter to a mediation, which is now scheduled for June 17, 2008. Defendant AVI also provided Plaintiff with an executed Waiver of Service form, in accordance with Rule 4 of the Federal Rules of Civil Procedure.

4.     The parties have agreed that AVI may answer or otherwise respond to the complaint in the above-captioned matter, and file its affirmative defenses, on or before July 17, 2008, which is thirty days after the scheduled mediation.

5.      No other extension of time to respond to the initial complaint has previously been sought.

Dated: New York, New York
      May 20, 2008

_A. Scordo/by mcH (with permission)_
Michael Baer
Anthony Scordo, III, Of Counsel
Steuben & Baer
1120 Avenue of the Americas
New York, New York 10036-7311
(212)-307-1720(telephone)

*Counsel for Plaintiff Leone de Castris*

Dated: New York, New York
      May 20, 2008

_Michael C. Hartmere_
Michael C. Hartmere (MH-6839)
VENABLE LLP
Rockefeller Center
1270 Avenue of the Americas, 25th Floor
New York, NY 10020
Telephone (212) 307-5500
Facsimile (212) 307-5598

OF COUNSEL:

Christopher R. Mellott
Alex J. Brown
Venable LLP
2 Hopkins Plaza, Suite 1800
Baltimore, Maryland 21201
(410) 244-7400 (telephone)
(410) 244-7742 (facsimile)

*Counsel for Defendant A.V. Imports, Inc.*

SO ORDERED:

_Naomi Reice Buchwald_   5/21/08
The Honorable Naomi Reice Buchwald
United States District Court for the Southern District of New York