UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| LEONE DE CASTRIS, | : | |
| Plaintiff | : | 1:08-CV-02481 (NRB) |
| | : | |
| v. | : | |
| | : | Electronically Filed |
| A.V. IMPORTS, INC., | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Leone de Castris hereby dismisses the above-captioned case, with prejudice.

Dated: New York, New York
June 23, 2008

Michael Baer
Anthony Scordo, III, Of Counsel
Steuben & Baer
1120 Avenue of the Americas
New York, New York 10036-7311
(212)-307-1720(telephone)

*Counsel for Plaintiff Leone de Castris*