UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LEONE DE CASTRIS,

            Plaintiff

    v.

A.V. IMPORTS, INC.,

            Defendant.

1:08-CV-02481 (NRB)

Electronically Filed

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Leone de Castris hereby dismisses the above-captioned case, with prejudice.

Dated: New York, New York
       June 23, 2008

Michael Baer
Anthony Scordo, III, Of Counsel
Steuben & Baer
1120 Avenue of the Americas
New York, New York 10036-7311
(212)-307-1720(telephone)

*Counsel for Plaintiff Leone de Castris*

SO ORDERED: July 3, 2008

Naomi Reice Buchwald, U.S.D.J.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/7/08